UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Grand Jury B-18-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:19CR 295 (VLB) |
| v. | VIOLATIONS: |
| DOMENICO SANDALO | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii)(II)<br>(Possession with Intent to Distribute 500 Grams or<br>More of Cocaine) |
| | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)<br>(Possession with Intent to Distribute Controlled<br>Substances) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Possession with Intent to Distribute 500 Grams or More of Cocaine)

1.     On or about June 7, 2019, in the District of Connecticut, the defendant DOMENICO SANDALO did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii)(II).

COUNT TWO
(Possession with Intent to Distribute Controlled Substances)

2.     On or about June 7, 2019, in the District of Connecticut, the defendant DOMENICO SANDALO did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of oxycodone and a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide

("fentanyl"), both Schedule II controlled substances, and a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### SECTION 851 INFORMATION

3.     Pursuant to Title 21, United States Code, Sections (b)(1)(B), (b)(1)(C) and 851, upon conviction of one or more of the offenses charged in Counts One and Two of this Indictment, the defendant DOMENICO SANDALO is subject to enhanced penalties as he has been previously convicted of a serious drug felony, as defined by Title 21, United States Code, Section 802(57). Specifically:

a.     On or about July 18, 2011, the defendant DOMENICO SANDALO was convicted in the United States District Court for the District of Connecticut, Docket No. 3:10cr175(MRK), of Possession with Intent to Distribute Oxycodone, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), which at the time was punishable by up to 20 years of imprisonment and for which the defendant was sentenced to a term of 70 months of imprisonment and a three year term of supervised release, which was later reduced to a term of imprisonment of 57 months.   On or about January 29, 2016 the defendant DOMENICO SANDALO was released from this term of imprisonment to supervised release.

All in accordance with Title 21, United States Code, Sections 802(57), 841(b)(1)(B), 841(b)(1)(C), and 851.

### FORFEITURE ALLEGATION
(Controlled Substance Offense)

4.     Upon conviction of one or more of the controlled substance offenses alleged in Counts One and Two of this Indictment, the defendant DOMENICO SANDALO shall forfeit to the United States, pursuant to 21 U.S.C. § 853, all right, title, and interest in any property

constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violation(s) of 21 U.S.C. § 841, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violation(s), including but not limited to approximately $53,943 in United States currency seized on or about June 7, 2019 from the defendant's residence at 5 Mohackemo Drive, Norwalk, Connecticut.

5.      If any of the above-described forfeitable property, as a result of any act or omission of the defendant, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

All in accordance with 21 U.S.C. § 853, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL,

/s/
_____
FOREPERSON

UNITED STATES OF AMERICA

_____
JOHN H. DURHAM
UNITED STATES ATTORNEY

_____
MARIA DEL PILAR GONZALEZ
ASSISTANT UNITED STATES ATTORNEY